CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748
pamela.johann@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIANGXIANG WANG, | No. 26-cv-1342-NW |
| Plaintiff, | **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;** [PROPOSED] ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Defendants. | The Honorable Noël Wise |

On May 5, 2026, the Court entered an Order granted the parties' stipulation to stay proceedings. Dkt. No. 10. Pursuant to the parties' request, the Court ordered the case stayed until June 1, 2026. Also on May 5, 2026, the Court issued a Clerk's Notice setting a case management conference for June 23, 2026, with a case management statement due June 5, 2026. Dkt. No. 12.

On June 1, 2026, Defendants filed a motion to dismiss or to transfer the action. Dkt. No. 13. The motion was re-filed on June 5, 2026, with the re-noticed hearing date of September 30, 2026. Dkt. No. 15. If granted, Defendants' motion will dispose of this matter. In addition, if this case proceeds in this District following the resolution of Defendants' motion, it will be subject to the Court's Immigration Mandamus Order, Dkt. No. 6.

Accordingly, the parties hereby stipulate and respectfully request that the Court enter an order

vacating the Case Management Conference and associated deadlines.  The parties further request that the Court stay the summary judgment motion deadlines set forth in the Immigration Mandamus Procedural Order.  If the case continues in this District following resolution of Defendants' motion, the parties will submit a stipulation and proposed order with a schedule for Defendants' answer and cross-motions for summary judgment.

The parties make this request because they believe it will conserve the Court's and parties' resources while Defendants' potentially dispositive motion is pending.

IT IS SO STIPULATED.

Dated:  June 5, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Pamela T. Johann*
PAMELA. T. JOHANN
Assistant United States Attorney

Attorneys for Defendants

Dated:  June 5, 2026

HACKING IMMIGRATION LAW, LLC

 /s/ Christina Sullivan Castro
CHRISTINA SULLIVAN CASTRO

Attorneys for Plaintiff

*The filer of this document hereby attests pursuant to Civil Local Rule 5-1(i)(3) that all signatories have concurred in the filing of this document.

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

 Date: June 11, 2026

HON. NOEL WISE
United States District Judge